1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   THEADORA KING, individually, and on            No. C-08-0999 MMC
     behalf of those similarly situated,
12                                                   **ORDER DENYING PLAINTIFF'S**
                    Plaintiff,                       **ADMINISTRATIVE MOTION TO**
13                                                   **SHORTEN TIME**
        v.
14
     SAFEWAY, INC.,
15
                    Defendant
16
     _____/
17

18        Before the Court is plaintiff's administrative motion to shorten time, initially filed

19   March 5, 2008 and thereafter re-filed March 19, 2008, subsequent to reassignment of the

20   above-titled action to the undersigned.  Defendant has filed opposition thereto.

21        Having read and considered the papers filed in support of and in opposition to the

22   motion, the Court finds plaintiff has not shown good cause for the relief requested and,

23   accordingly, the administrative motion is hereby DENIED.

24        **IT IS SO ORDERED.**

25
     Dated: March 20, 2008
26
                                                   _____
                                                   MAXINE M. CHESNEY
27                                                 United States District Judge

28